NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LADY LOUISE BYRON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7170

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4634, Judge Mary J. Schoelen.

---

## ON MOTION

---

## ORDER

Upon consideration of Lady Louise Byron's motion and corrected motion to expedite proceedings in this case, Byron having filed her opening brief two days after the docketing of this appeal,

IT IS ORDERED THAT:

The motions are granted. The Secretary of Veterans Affairs must file his brief no later than September 12, 2011. Byron must file her reply brief and the joint appendix no later than September 19, 2011. The case will be placed on the November 2011 argument calendar.

FOR THE COURT

**AUG 1 1 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Edward R. Reines, Esq.
    Jeanne E. Davidson, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 1 2011

JAN HORBALY
- CLERK